IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.    DARRICK JAMES, | ) | |
| | ) | |
|         Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-15-391-D |
| | ) | |
| 1.    CITY OF CHOCTAW, et al., | ) | |
| | ) | |
|         Defendants. | ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

All parties jointly stipulate that the above-styled case should be dismissed with prejudice as to all Defendants. Each party is to bear their respective costs and fees.

Respectfully submitted,

s/ Ambre C. Gooch
Ambre C. Gooch, OBA No. 16586
COLLINS, ZORN & WAGNER, P.C.
429 N.E. 50th Street, 2nd Floor
Oklahoma City, OK 73105-1815
Telephone:  (405) 524-2070
Facsimile:  (405) 524-2078
email: gooch@czwglaw.com

ATTORNEY FOR DEFENDANTS

s/Jana B. Leonard
*(signed by filing attorney with
 permission of Jana B. Leonard)*
LEONARD & ASSOCIATES, P.L.L.C.
8265 S. Walker
Oklahoma City, OK 73139
***Attorneys for Plaintiff***
Telephone: (405)239-3800
Email: : leonardjb@leonardlaw.net

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

    I hereby certify that on October 21, 2015, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Jana B. Leonard - via electronic mail at: leonardjb@leonardlaw.net
Lauren W. Johnston - via electronic mail at: johnstonlw@leonardlaw.net
LEONARD & ASSOCIATES, P.L.L.C.
8265 S. Walker
Oklahoma City, OK 73139
***Attorneys for Plaintiff***

                                      s/ Ambre C. Gooch
                                      Ambre C. Gooch